■ In the Matter of NORMAN L. HUEBSCH. ANN HOWARD, Respondent; NORMAN L. HUEBSCH et al., Appellants.—Order of the Supreme Court, Queens County, dated March 9, 1978, affirmed, without costs or disbursements. No opinion. Appeal from an order of the same court dated April 5, 1978 (which, in effect, denied a motion to reargue), dismissed, without costs or disbursements. No appeal lies from such an order. Hopkins, J. P., Martuscello, Gulotta and Shapiro, JJ., concur.

■ In the Matter of WAYNE O., Appellant.—Appeal from an order of the Family Court, Rockland County, dated February 10, 1978, which, upon a determination, made after a fact-finding hearing, that appellant was a juvenile delinquent, placed him with the State Division for Youth. Order affirmed, without costs or disbursements. Appellant's guilt was established beyond a reasonable doubt. Mollen, P. J., Hopkins, Titone, Hawkins and O'Connor, JJ., concur.

■ In the Matter of JEROME PATICOFF, Petitioner, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF NEW YORK, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent, dated April 28, 1976, which, after a hearing, found petitioner guilty of being absent from duty without authorization and of neglect of duty, and imposed a fine of $500. Determination confirmed and proceeding dismissed on the merits, with costs. The determination is supported by substantial evidence and the discipline imposed is not disproportionate to the offenses charged (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Hopkins, J. P., Martuscello, Gulotta and Shapiro, JJ., concur.